FOIA

Improvement Act of 2016

Section 522 of Title 5 United States code.

FILED
MAR 0 7 2022
PETER A. MOL
US DISTRICT C.
BY _____ DEP CLK

7:22-CV-35-D

And now comes Greg Oxendine plaintiff in this lawsuit against the Robeson County Sheriff's Department...
The District Attorney's Office of Robeson County...
The SBI of North Carolina...
Matthew Scott district attorney for Lumberton North Carolina...
Sheriff burnis Wilkins of the Robeson County Sheriff's Department...
In this suit I Greg oxendine petition this court to exercise its Authority and mandating that the authorities mention in this motion produce and provide the following items.
Any and all video and audio of the Robeson County Sheriff's Department's SWAT team detail from the date of January 9th 2021. The video an audio that I and the Oxendine family are requesting is from the SWAT vehicle also known as the Beast which rammed the front of my brothers vehicle at which time my brother was assassinated by the Robeson County Sheriff's Department. A little background of how this came to be... on January 9th 2021 my brother Matthew Oxendine call the Robeson County Sheriff's Department at which time he told dispatch that he intended to bleed out. At this point dispatch contacted one of the officers to make a formal contact with my brother Matthew Oxendine. At which time my brother required no help also my cousin Hope Bullard also indicated to the authorities that there was no need for any medical or otherwise attention. But officers refused to leave the scene and felt that Matthew Oxendine was a threat. At some point the SWAT team of the Robeson County Sheriff's Department was contacted and advised of the situation. At that point the SWAT team directed by the SWAT leader and also Sheriff Burnis Wilkins advised the SWAT team to assist in the situation with Matthew Oxendine. At this point all Communications between Sheriff Wilkins and the SWAT leader are unknown so therefore the family also asks that any and all transcripts between any officers that were involved the night of January 9th 2021 be turned over to the family that were involved with the killing of Matthew Oxendine. At some point during this confrontation the SWAT team of Robeson County Sheriff's Department drove a vehicle which is known as the Beast into the front of my brothers vehicle which is a PT Cruiser and at which time the SWAT team open up fire shooting my brother close to 40 times, enclosed also is a picture



of my brother after SWAT team blow his brains out. I Greg oxendine request this honorable Court to request that any and all video and audio particularly the video from the vehicle the Beast also any and all Communications between law enforcement that night who was involved with the killing of my brother Matthew Oxendine. I pray unto this court for Swift action. Thank you for your time and consideration and I along with my family will be patiently awaiting your decision so that we may continue on with our fight for justice for our brother Matthew oxendine.

Sincerely

*Gregory Oxendine*
*Marcus Oxendine*