The Oxendine Family
853 Pearsall Rd
Red Springs, N.C.
28377

Clerk Of Court
2 Princess St
Wilmington NC 28401

CHARLOTTE NC 280
3 MAR 2022 PM 4 L

STRAYED CSO

RECEIVED
MAR - 7 2022
PETER A. MOORE, CLERK
US DISTRICT COURT, EDNC

28401-395864