UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY OXENDINE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE DISTRICT ATTORNEY'S OFFICE OF )<br>ROBESON COUNTY, ROBESON COUNTY )<br>SHERIFF"S DEPARTMENT, SBI OF NORTH )<br>CAROLINA, MATTHEW D. SCOTT, and )<br>BURNIS WILKINS, )<br>)<br>Defendants. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 7:22-CV-35-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff failed to comply with this court's order of March 29, 2022 [D.E. 3]. In light of plaintiffs' failure to comply, the action is DISMISSED without prejudice.

**This Judgment Filed and Entered on April 15, 2022, and Copies To:**

Gregory Oxendine            (Sent to 853 Pearsall Rd. Red Springs, NC 28377 via US Mail)

DATE:                                          PETER A. MOORE, JR., CLERK

April 15, 2022                           (By) /s/ Nicole Sellers
                                                       Deputy Clerk